FILED

2009 NOV 13 PM 2:57

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KELLY DAWSON, | ) |
| PLAINTIFF, | ) |
| vs. | ) Cause Number: 2 09CV 382 |
| NATIONAL ENTERPRISE SYSTEMS INC. | ) |
| DEFENDANT. | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Kelly Dawson (hereinafter referred to as "Ms. Dawson"), on behalf of herself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, National Enterprise Systems Inc. ("NES"), alleges and state the following:

#### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiff, ("Ms. Dawson"), for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

#### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

1

## PARTIES

**3.** Ms. Dawson is an individual consumer currently residing in Porter County, Indiana.

**4.** National Enterprise Systems Inc. is a collection agency incorporated in the Ohio who collects debts nationwide including the State of Indiana.

**5.** National Enterprise Systems Inc. is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

**6.** On or about February 20, 2009, Plaintiff's parent's home was contacted by a representative identifying himself as Allen Swett regarding collection of an alleged credit card account balance with Bank of America obtained for personal, family or household purposes.

**7.** Plaintiff contacted Mr. Swett and advised him not to call her parent's home again.

**8.** Mr. Swett gave Plaintiff a deadline to contact him back of 2-23-09 to resolve the alleged credit card account balance with Bank of America.

**9.** On February 23, 2009, Defendant, through said representative called Plaintiff's parent's home again before 8:00 A.M.

**10.** This time, Defendant spoke with Plaintiff's father and provided him with account information including the account number and alleged amount owed on the collection account.

**11.** Additionally, Defendant asked the father if he was interested in doing a 3 way call with his daughter regarding the account.

2

**12.** Upon speaking with Plaintiff's father, Defendant called Plaintiff regarding the account before 8 A.M.

**13.** On October 5, 2009, Defendant contacted Plaintiff's parent's home regarding an alleged balance owed on a credit card account with Frontier Airlines obtained by Plaintiff for personal, family or household purposes.

**14.** The call was made by someone identifying themselves as Samantha.

**15.** Plaintiff's father had communication with an individual identifying himself as a Mitch Jacobs.

**16.** Said person provided account information to Plaintiff's father including the account number, alleged balance and payment history on the account.

**17.** Defendant, by its' conduct has violated the FDCPA.

**18.** Defendant has violated 15 U.S.C. §1692b.

**19.** Defendant has violated 15 U.S.C. §1692c.

**20.** Defendant has violated 15 U.S.C. §1692d.

**21.** Defendant has violated 15 U.S.C. §1692e.

**22.** Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. Ms. Dawson's actual damages.

2. The maximum amount of statutory damages provided under the FDCPA.

3. Attorney's fees, litigation expenses and costs.

4. Such other and further relief as is appropriate.

Respectfully submitted

By *(signed)* Michael P. McIlree

## VERIFICATION

I declare that the statements contained in the Complaint are true and accurate to the best of my knowledge and belief.

*(signed)* Kelly Dawson, Plaintiff

## JURY DEMAND

*(signed)*

Plaintiff demands trial by jury.

**Michael P. McIlree, #19847-45**
**Attorney at Law**
**821 E. Lincolnway, Ste. 1**
**Valparaiso, IN 46383**
**Tel: (219) 548-1800**
**Fax: (219) 548-5905**
**Attorney for Plaintiff**