# UNITED STATES DISTRICT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| KELLY DAWSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) Cause Number: 2:09-CV-382 |
| NATIONAL ENTERPRISE | ) |
| SYSTEMS, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**NOTICE OF DISMISSAL**

Comes now Plaintiff, by counsel, Michael P. McIlree, and files her notice of dismissal with prejudice of the above cause of action pursuant to FRCP 41a(1)(i).


3-9-10                    /s/ Michael P. McIlree



Michael P. McIlree
Atty. No. 19847-44
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
(219) 548-1800
Mcilree1@aol.com
Attorney for Plaintiff